**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00292-CV**
_____

**PATRICK THOMAS ZAGAR SR., Appellant**

**V.**

**CANDY LYN ZAGAR, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-07-08877-CV**

**MEMORANDUM OPINION**

Appellant Patrick Thomas Zagar Sr. and appellee, Candy Lyn Zagar, filed a joint motion to dismiss the appeal to effectuate their irrevocable settlement agreement. The motion is voluntarily made by agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Submitted on February 6, 2019
Opinion Delivered February 7, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.